IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ERVIE MATTHEWS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-CV-00046-L-BN** |
| | § | |
| **BENEDETTO NVESTMENT GROUP,** | § | |
| **LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On September 30, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 8) was entered, recommending that the court **dismiss** this action for lack of subject matter jurisdiction. The magistrate judge determined that Plaintiff Ervie Matthews, ("Mr. Matthews" or "Plaintiff") has not alleged facts sufficient to establish federal question or diversity jurisdiction. No objections to the Report have been filed, and the 14-day period to object after service of the Report has passed. *See* Fed. R. Civ. P. 72(b)(1)(2); 28 U.S.C. § 636(b)(1)(C).

Magistrate Judge David Horan determined that, Plaintiff's Complaint fails to establish subject matter jurisdiction on the basis of diversity or federal question jurisdiction. *See* Report at 6. The court agrees.

First, the magistrate judge found that Plaintiff's Complaint does not clearly state any federal claim that would give rise to federal question jurisdiction. *Id.* The magistrate judge notes that Plaintiff mentions the words "Hippa Violation," but it is not clear what Defendant allegedly did to violate the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). *Id.* Additionally, the magistrate judge found that, even if Plaintiff had made factual allegations to

Order – Page 1

demonstrate Defendant's violation of HIPPA, the statute does not provide him with a private right of action. *Id.*

Second, the magistrate judge found that Plaintiff's Complaint defeats subject matter jurisdiction on the basis of diversity because it appears that both parties are likely citizens of Texas. As a result, the magistrate judge recommends that the court **dismiss** this action for lack of subject matter jurisdiction.

After considering the pleadings, file, record, Report, and applicable law, the court **determines** that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court **dismisses without prejudice** this action for lack of subject matter jurisdiction. The court **directs** the clerk of court to close this action.

**It is so ordered** this 28th day of October, 2025.

Sam A. Lindsay
United States District Judge